IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SABRE TECHNOLOGIES LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3945 |
| | § | |
| TSM SKYLINE EXHIBITS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER SETTING MOTION AND BRIEFING SCHEDULE**

In the Memorandum Opinion and Order transferring this action to this court, the Northern District of Texas declined to rule on the plaintiff's motion to remand. Instead, the court transferred the case to this court. No later than **November 19, 2010**, the party moving to remand must file any supplement to the pending remand motion, of no more than 10 pages. The party opposing remand must file its response (with the same page limit) no later than **December 10, 2010**.

SIGNED on November 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge