**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SABRE TECHNOLOGIES LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3945 |
| | § | |
| TSM SKYLINE EXHIBITS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

A status conference will be held in this case on **January 28, 2011, at 8:30 a.m.**, in Courtroom 11-B. Each party receiving notice must provide notice to all other parties, even if it appears that notice has also been provided by the Clerk of Court.

SIGNED on January 18, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge